# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** TEXAS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LEE COUNTY FARMERS | § | Case No. 12-10312 TMD |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

C. DANIEL ROBERTS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,707,264.46 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  384,305.29 | Claims Discharged Without Payment:  529,162.55 |
| Total Expenses of Administration:  125,394.47 | |

3) Total gross receipts of $ 509,699.76  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 509,699.76  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 52,500.00 | $ 2,552,625.96 | $ 1,871.24 | $ 1,871.24 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 117,188.95 | 116,703.95 | 116,703.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 46,242.52 | 46,242.52 | 8,690.52 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 191,108.14 | 1,667,680.38 | 720,488.46 | 382,434.05 |
| **TOTAL DISBURSEMENTS** | $ 243,608.14 | $ 4,383,737.81 | $ 885,306.17 | $ 509,699.76 |

4)  This case was originally filed under chapter 11 on  02/17/2012 , and it was converted to chapter 7 on  10/01/2012 .  The case was pending for 66 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/14/2018                          By:/s/C. DANIEL ROBERTS
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 3,348.25 |
| OIL & GAS INTERESTS | 1123-000 | 7,600.00 |
| CASH ON HAND, $1,100.00; APPROXIMATE RECEIPTS ON 2 | 1129-000 | 600.00 |
| BANK ACCOUNT, ROUND TOP STATE BANK, P.O. BOX 180, | 1129-000 | 267,001.70 |
| MEMBERSHIP INTEREST AND RIGHT TO PATRONAGE REFUNDS | 1129-000 | 186,524.74 |
| OIL & GAS INTERESTS | 1223-000 | 8,983.64 |
| TAX REFUNDS, MISC OWED DEBTS | 1224-000 | 136.84 |
| MEMBERSHIP INTEREST AND RIGHT TO PATRONAGE REFUNDS | 1229-000 | 3,643.75 |
| CAPITAL CREDIT REFUND | 1229-000 | 478.06 |
| PROCEEDS FROM ABSTRACT OF JUDGMENT | 1249-000 | 11,314.51 |
| INSURANCE REFUND | 1290-000 | 5,909.95 |
| PAYOFF OF JUDGMENT LIEN | 1290-000 | 2,571.66 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CAPITAL CREDIT REFUND | 1290-000 | 11,507.63 |
| RESTITUTION FOR HOT CHECKS | 1290-000 | 79.03 |
| **TOTAL GROSS RECEIPTS** | | **$509,699.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baytree Leasing Company, L.L.C. 100 Tri-State International, Suite 240 Lincolnshire, IL 60069 | | 2,500.00 | NA | NA | 0.00 |
| | Capital Farm Credit Attention: Tim Knesek 456 North Jefferson La Grange, TX 78945 | | 0.00 | NA | NA | 0.00 |
| | Round Top State Bank P.O. Box 36 Round Top, TX 78954 | | 50,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suzanne Kessler, Tax Assessor Collector 898 East Richmond, Suite 103 Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| 000009 | CAPITAL FARM CREDIT, FLCA | 4110-000 | NA | 749,872.89 | 0.00 | 0.00 |
| 000010 | CAPITAL FARM CREDIT, FLCA | 4110-000 | NA | 197,181.37 | 0.00 | 0.00 |
| 000006 | CAPITAL FARM CREDIT, PCA | 4110-000 | NA | 1,491,407.13 | 0.00 | 0.00 |
| 000007 | CAPITAL FARM CREDIT, PCA | 4110-000 | NA | 12,419.26 | 0.00 | 0.00 |
| 000008 | CAPITAL FARM CREDIT, PCA | 4110-000 | NA | 15,891.09 | 0.00 | 0.00 |
| 000005 | LEE COUNTY | 4110-000 | NA | 83,982.98 | 0.00 | 0.00 |
| | LEE COUNTY TAX COLLECTOR/ASSESSOR | 4700-000 | NA | 1,871.24 | 1,871.24 | 1,871.24 |
| **TOTAL SECURED CLAIMS** | | | **$ 52,500.00** | **$ 2,552,625.96** | **$ 1,871.24** | **$ 1,871.24** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| C. DANIEL ROBERTS, TRUSTEE | 2100-000 | NA | 28,734.99 | 28,734.99 | 28,734.99 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| C. DANIEL ROBERTS, TRUSTEE | 2200-000 | NA | 6,004.22 | 6,004.22 | 6,004.22 |
| GEORGE ADAMS & CO. | 2300-000 | NA | 878.28 | 878.28 | 878.28 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 497.53 | 497.53 | 497.53 |
| H & H SELF STORAGE | 2410-000 | NA | 1,105.00 | 1,105.00 | 1,105.00 |
| Union Bank | 2600-000 | NA | 15,792.18 | 15,792.18 | 15,792.18 |
| BILLIE T HINZE | 2820-000 | NA | 485.00 | 0.00 | 0.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| C. DANIEL ROBERTS & ASSOCIATES, PC | 3110-000 | NA | 19,095.00 | 19,095.00 | 19,095.00 |
| C. DANIEL ROBERTS & ASSOCIATES, PC | 3120-000 | NA | 3,178.35 | 3,178.35 | 3,178.35 |
| JOHN MOSLEY, CPA | 3410-000 | NA | 1,875.00 | 1,875.00 | 1,875.00 |
| URBAN, THIELEMANN, OLTMANN & HERMS, | 3410-000 | NA | 11,445.78 | 11,445.78 | 11,445.78 |
| WALTER C. GUEBERT, P.C., | 3410-000 | NA | 6,095.00 | 6,095.00 | 6,095.00 |
| JOHN MOSLEY, CPA | 3420-000 | NA | 41.40 | 41.40 | 41.40 |
| URBAN, THIELEMANN, OLTMANN & HERMS, | 3420-000 | NA | 94.22 | 94.22 | 94.22 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PATRICK C. HARGADON | 3701-000 | NA | 19,917.00 | 19,917.00 | 19,917.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 117,188.95 | $ 116,703.95 | $ 116,703.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PATRICK C. HARGADON.P.C. | 6210-160 | NA | 19,470.00 | 19,470.00 | 0.00 |
| WALTER C.GUEBERT..C.GUEBERT,P.C. | 6210-600 | NA | 6,090.00 | 6,090.00 | 0.00 |
| PATRICK C. HARGADON.P.C. | 6220-170 | NA | 447.00 | 447.00 | 0.00 |
| WALTER C.GUEBERT..C.GUEBERT,P.C. | 6220-610 | NA | 5.00 | 5.00 | 0.00 |
| URBAN THIELEMANN OLTMANN & HERMS LL | 6410-000 | NA | 11,445.78 | 11,445.78 | 0.00 |
| URBAN THIELEMANN OLTMANN & HERMS LL | 6420-000 | NA | 94.22 | 94.22 | 0.00 |
| BCD ASSOCIATESS, LTD | 6700-000 | NA | 7,425.00 | 7,425.00 | 7,425.00 |
| BCD ASSOCIATESS, LTD | 6710-000 | NA | 1,265.52 | 1,265.52 | 1,265.52 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 46,242.52 | $ 46,242.52 | $ 8,690.52 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Billy Dallmeyer 1046 PR 1803 Ledbetter, TX 78946 | | 0.00 | NA | NA | 0.00 |
| | Brandon Schautschick 2421 CR 208 Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Cheryl Jurk 1584 CR 105 Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Chris Rogers 1105 Westwood Lane, Apt. 7C Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Claudia Berry 1747 CR 220 Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Dawn Faske 414 Edgewood Ave. Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Doug Ender 1569 CR 324 Lincoln, TX 78948 | | 0.00 | NA | NA | 0.00 |
| | Douglas Brade 232 Marlin Mc Dade, TX 78650 | | 0.00 | NA | NA | 0.00 |
| | Gerri Schneider 1148 PR 2176 Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hesston Christiansen 1111 E. Washington Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Howard Bobratschk 167 Gaeke Street?? Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Kent Becvar 1141 E. Hempstead St. Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Leroy Albrecht 1028 PR 2907 Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Miranda Goehring 1014 PR 8038 Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| | Steven Schautschick 1016 PR 2093 Giddings, TX 78942 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Agricultural Cooperative Trust Attention: Stoney Jackson 1802 E. 50th St., Suite 107 Lubbock, TX 79404 | | 0.00 | NA | NA | 0.00 |
| | Bonnie Plant Farm 1727 Hwy 223 Union Springs, AL 36089 | | 556.35 | NA | NA | 0.00 |
| | Buttery Hardware Co. 201 W. Main Llano, TX 78643 | | 476.69 | NA | NA | 0.00 |
| | Carl Steinbach 1210 FM 2104 Smithville, TX 78957 | | 25,000.00 | NA | NA | 0.00 |
| | Cenex, a Division of CHS Coops NW9087, PO Box 1450 Minneapolis, MN 55485 | | 137,621.87 | NA | NA | 0.00 |
| | Coastal Agricultural Supply 1908 N. King St. Seguin, TX 78155 | | 1,286.80 | NA | NA | 0.00 |
| | Crop Production Services Taylor (Agro)/ Taylor TX (5153) PO Box 330 Taylor, TX 76574 | | 1,310.18 | NA | NA | 0.00 |
| | El Dorado Chemical P O BOX 973242?? Dallas, TX 75397-3242 | | 9,378.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Giddings Chamber of Commerce 171 E. Hempstead Giddings, TX 78942 | | 115.00 | NA | NA | 0.00 |
| | Gold Crest Distributing PO Box 157 Mexico, MO 65265 | | 428.93 | NA | NA | 0.00 |
| | Group Montana, Inc. P O BOX 971378?? Dallas, TX 75397-1378 | | 301.92 | NA | NA | 0.00 |
| | Heritage Trading Company, LLC NW 8414 PO BOX 1450?? Minneapolis, MN 55485-8414 | | 2,330.75 | NA | NA | 0.00 |
| | K&M Tire PO Box 279 Delphos, OH 45833 | | 162.48 | NA | NA | 0.00 |
| | Lextron - Texas, LLP Department 1305 Denver, CO 80256 | | 1,366.00 | NA | NA | 0.00 |
| | Lone Star Pet Supply PO Box 414 Schertz, TX 78154 | | 714.57 | NA | NA | 0.00 |
| | Purvis Industries P O BOX 540757?? Dallas, TX 75354-0757 | | 696.37 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Red Wing Shoe Co. 24062 Network Place Chicago, IL 60673-1240 | | 1,828.85 | NA | NA | 0.00 |
| | Supermedia PO Box 619009 Dallas, TX 75261-9009 | | 18.00 | NA | NA | 0.00 |
| | United Benefits Group P.O. Box 169005 Kansas City, MO 64116 | | 0.00 | NA | NA | 0.00 |
| | United Parcel Service PO Box 730900 Dallas, TX 75373-0900 | | 14.28 | NA | NA | 0.00 |
| | West Feeds PO Box 474 West, TX 76691 | | 7,500.50 | NA | NA | 0.00 |
| 000019 | ALBERT SCHAUTSCHICK | 7100-000 | NA | 1,524.00 | 0.00 | 0.00 |
| 000028 | ALFRED BOHOT | 7100-000 | NA | 700.00 | 0.00 | 0.00 |
| 000034 | ANIMAL HEALTH INTERNATIONAL INC. | 7100-000 | NA | 2,056.53 | 0.00 | 0.00 |
| 000032 | BEN MEUTH | 7100-000 | NA | 100.00 | 0.00 | 0.00 |
| 000037 | CARL L WENDLER | 7100-000 | NA | 1,045.00 | 0.00 | 0.00 |
| 00050 | CHARLES F. CAULKINS | 7100-000 | NA | 866.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | CHS, INC. C/O JOHN J. KANE | 7100-000 | NA | 173,150.79 | 0.00 | 0.00 |
| 000016 | CLAUDE W SPENCE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000033 | DELBERT FASKE | 7100-000 | NA | 440.00 | 0.00 | 0.00 |
| 000041 | DELTON WUNDERLICH | 7100-000 | NA | 612.00 | 0.00 | 0.00 |
| 000027 | DOROTHY HATCH COOK, DEC'D | 7100-000 | NA | 4,965.00 | 0.00 | 0.00 |
| 000004 | E.R. FASKE | 7100-000 | NA | 1,187.50 | 0.00 | 0.00 |
| 000022 | ERNEST W KANAK | 7100-000 | NA | 576.00 | 0.00 | 0.00 |
| 000036 | FRITZ SCHOENST JR | 7100-000 | NA | 122.00 | 0.00 | 0.00 |
| 000039 | GEORGE A MUZNY | 7100-000 | NA | 55.00 | 0.00 | 0.00 |
| 000003 | GOLD CREST DISTRIBUTING | 7100-000 | NA | 428.93 | 428.93 | 227.67 |
| 000031 | JACK CLAIBORNE JR | 7100-000 | NA | 100.00 | 0.00 | 0.00 |
| 000012 | JAMES G. SHERRILL | 7100-000 | NA | 1,749.00 | 0.00 | 0.00 |
| 000046 | JERRY W OTTE | 7100-000 | NA | 4,156.00 | 0.00 | 0.00 |
| 000001 | KEN B. KLUGE | 7100-000 | NA | 25.00 | 0.00 | 0.00 |
| 000040 | KENNETH WEISER | 7100-000 | NA | 6,737.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | LARRY SPITZENBERGER | 7100-000 | NA | 1,751.00 | 0.00 | 0.00 |
| 000042 | LARRY WOELFEL | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000044 | LAVERNE DANCAK | 7100-000 | NA | 199.00 | 0.00 | 0.00 |
| 000043 | LEE COUNTY FARMERS COOPERATIVE SOCI | 7100-000 | NA | 199.00 | 0.00 | 0.00 |
| 000014 | LEXTRON MICRO TECH | 7100-000 | NA | 2,056.53 | 2,056.53 | 1,091.61 |
| 000015 | LEXTRON MICRO TECH | 7100-000 | NA | 2,056.53 | 0.00 | 0.00 |
| 000035 | MARVIN LORENZ | 7100-000 | NA | 3,611.00 | 0.00 | 0.00 |
| 000020 | MRS OLIVIA WEISER MIZE | 7100-000 | NA | 599.00 | 0.00 | 0.00 |
| 000047 | REBA MAE OTTE | 7100-000 | NA | 2,838.00 | 0.00 | 0.00 |
| 000048 | REBECCA FRENCH | 7100-000 | NA | 1,465.00 | 0.00 | 0.00 |
| 000017 | RIP R HUTSON | 7100-000 | NA | 74.00 | 0.00 | 0.00 |
| 000026 | ROBERT BIEBAS | 7100-000 | NA | 1,000.00 | 0.00 | 0.00 |
| 000002 | ROUND TOP STATE BANK | 7100-000 | NA | 22,102.57 | 0.00 | 0.00 |
| 000038 | ROY A SCHMIDT | 7100-000 | NA | 600.00 | 0.00 | 0.00 |
| 000018 | STEVEN SCHAUTSCHICK | 7100-000 | NA | 1,063.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | THE CO-OP RETIREMENT PLAN TRUST | 7100-000 | NA | 704,550.00 | 0.00 | 0.00 |
| 000029 | THE CO-OP RETIREMENT PLAN TRUST | 7100-000 | NA | 712,544.00 | 712,544.00 | 378,217.15 |
| 000045 | TIMOTHY A OTTE | 7100-000 | NA | 4,531.00 | 0.00 | 0.00 |
| 000024 | UNITED BENEFITS GROUP | 7100-000 | NA | 4,025.00 | 4,025.00 | 2,136.46 |
| 000021 | WILLIAM J. HECTOR | 7100-000 | NA | 1,434.00 | 1,434.00 | 761.16 |
| 000049 | ROBERT H. MILLER | 7200-000 | NA | 386.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 191,108.14 | $ 1,667,680.38 | $ 720,488.46 | $ 382,434.05 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-10312 | TMD | Judge: TONY M. DAVIS |
|---|---|---|---|

Case Name: LEE COUNTY FARMERS

For Period Ending: 03/14/18

Trustee Name: C. DANIEL ROBERTS

Date Filed (f) or Converted (c): 10/01/12 (c)

341(a) Meeting Date: 11/01/12

Claims Bar Date: 07/03/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11.10 ACRES, LEE CO., TEXAS, A PART OF THE GEORGE | 1,407,000.00 | 0.00 | | 0.00 | FA |
| 2. 3.975 ACRE TRACT, LEE COUNTY, TEXAS, BEING FURTHER | 935,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH ON HAND, $1,100.00; APPROXIMATE RECEIPTS ON 2 | 21,795.73 | 0.00 | | 600.00 | FA |
| 4. BANK ACCOUNT, ROUND TOP STATE BANK, P.O. BOX 180, | Unknown | 222,978.67 | | 267,001.70 | FA |
| 5. MEMBERSHIP INTEREST AND RIGHT TO PATRONAGE REFUNDS | 727,439.76 | 0.00 | | 190,168.49 | FA |
| 6. TRADE RECEIVABLES FROM VENDORS: POGUE AGRI PARTNER | 737.11 | 737.11 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 286,484.93 | 0.00 | | 3,348.25 | FA |
| 8. VEHICLES, INCLUDING TRUCKS, FORKLIFTS AND OTHER, S | 236,618.36 | 0.00 | | 0.00 | FA |
| 9. COMPUTER EQUIPMENT, SEE DETAIL ON ATTACHED EXHIBIT | 89,491.36 | 0.00 | | 0.00 | FA |
| 10. COMPUTER EQUIPMENT SUBJECT TO A FINANCING LEASE WI | 27,500.00 | 0.00 | | 0.00 | FA |
| 11. OTHER EQUIPMENT, INCLUDING OFFICE FURNISHINGS AND | 161,117.09 | 0.00 | | 0.00 | FA |
| 12. EQUIPMENT AT FUEL STATION, SEE DETAIL EXHIBIT B. V | Unknown | 0.00 | | 0.00 | FA |
| 13. VALUE OF INVENTORY AT COST, AS OF 12/31/2011 | 849,800.54 | 0.00 | | 0.00 | FA |
| 14. OIL & GAS INTERESTS (u) | Unknown | 0.00 | | 16,583.64 | FA |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. INSURANCE REFUND (u) | Unknown | 0.00 | | 5,909.95 | FA |
| 17. PAYOFF OF JUDGMENT LIEN (u) 170 CRICKET HOLLOW LANE, SMITHVILLE, TX | Unknown | 2,571.66 | | 2,571.66 | FA |
| 18. CAPITAL CREDIT REFUND (u) | Unknown | 200.00 | | 11,985.69 | FA |
| 19. TAX REFUNDS, MISC OWED DEBTS (u) | Unknown | 136.84 | | 136.84 | FA |
| 20. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 21. PROCEEDS FROM ABSTRACT OF JUDGMENT (u) | Unknown | 0.00 | | 11,314.51 | FA |
| 22. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 23. RESTITUTION FOR HOT CHECKS (u) | Unknown | 79.03 | | 79.03 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $4,742,984.88        $226,703.31        $509,699.76        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PURSUING CASH, EQUIPMENT, REAL PROPERTY, OFFICE EQUIPMENT, INVENTORY AND ACCOUNTS RECEIVABLE

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-10312 TMD Judge: TONY M. DAVIS | Trustee Name: C. DANIEL ROBERTS |
| Case Name: | LEE COUNTY FARMERS | Date Filed (f) or Converted (c): 10/01/12 (c) |
| | | 341(a) Meeting Date: 11/01/12 |
| | | Claims Bar Date: 07/03/13 |

2/15/14 INVESTIGATING VALUE OF MINERAL INTEREST AND PATRONAGE REFUNDS.

5/12/14 REQUESTED TRANSFER ORDER FROM ENERVEST TO OBTAIN PAYMENT OF OIL AND GAS ROYALTIES.

6/27/14 RELEASED ABSTRACT OF JUDGMENT FOR PAYOFF IN FULL.

9/18/14 TELEPHONE CONFERENCE WITH DISTRICT ATTORNEY'S OFFICE REGARDING PAYMENT ON HOT CHECKS.

10/28/14 TELEPHONE CONFERENCE WITH ENERVEST; TRANSFER ORDER EFFECTIVE OCTOBER, 2014 AND FUNDS IN SUSPENSE WILL BE SENT IN NOVEMBER, 2014.

EMPLOYING ACCOUNTANT TO PREPARE TAX RETURNS.

3/31/15 - CLAIMS REVIEW IN PROGRESS

10/15/15 LIQUIDATIING OIL AND GAS INTEREST

10/28/15 - 45 CLAIMS - NEARING COMPLETION OF OBJECTIONS

3/28/16 FILED 17 CLAIM OBJECTIONS

3/31/16 FILED APPLICATION TO EMPLOY COUNSEL AND MOTION TO LIMIT NOTICE

4/15/16 REVIEWING CLAIMS FOR ADDITIONAL CLAIM OBJECTIONS

4/26/16 OBTAINED ORDERS SUSTAINING CLAIM OBJECTIONS

PHONE CALL WITH NORWOOD THOMAS . DOES NOT WISH TO BE ON THE CREDITOR'S MATRIX

5/16/16 FILED 8 MORE CLAIM OBJECTIONS

5/23/16 GATHERING REVENUE CHECK DETAIL FOR LAST 2 YEARS TO VALUE MINERAL INTEREST

6/9/16 FILED ADDITIONAL CLAIM OBJECTION

6/13/16 OBTAINED ORDERS SUSTAINING ADDITIONAL CLAIM OBJECTIONS

7/8/16 OBTAINED ORDER ON ADDITIONAL CLAIM OBJECTION

7/8/16 MAILED OUT MINERAL SOLICITATION LETTERS

9/1/16 ANALYZED OFFERS RECEIVED FOR MINERAL INTERESTS

10/2/16 DRAFTED APPLICATION TO SELL MINERAL INTEREST WITH PROPOSED ORDER

1/15/17 RECEIVED COMPETING OFFERS FOR MINERAL INTEREST; REQUESTED HEARING

2/21/17 HEARING HELD; MINERAL INTEREST AUCTIONED TO HIGH BIDDER

2/23/17 ORDER ON SALE ENTERED

4/25/17 EMPLOYED ACCOUNTANT TO FILE FINAL RETURNS

Initial Projected Date of Final Report (TFR): 11/01/13          Current Projected Date of Final Report (TFR): 06/30/17

FORM 2                                                                                           Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-10312 -TMD | |
| Case Name: | LEE COUNTY FARMERS | |

| | |
|---|---|
| Taxpayer ID No: | *******2192 |
| For Period Ending: | 03/14/18 |

| | |
|---|---|
| Trustee Name: | C. DANIEL ROBERTS |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******6797  Checking - Non Interest |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/12 | 4 | FIRST NATIONAL BANK PO BOX 269 GIDDINGS, TX 78942 | CASH AND DEPOSITS | 1129-000 | 267,001.70 | | 267,001.70 |
| 11/05/12 | 3 | FIRST NATIONAL BANK PO BOX 269 GIDDINGS, TX 78942 | CASH AND DEPOSITS | 1129-000 | 600.00 | | 267,601.70 |
| 11/28/12 | 7 | CHARLES BARNES CINDY BARNES 11711 PEBBLETON DR HOUSTON, TX 77070 | ACCOUNTS RECEIVABLE | 1121-000 | 200.00 | | 267,801.70 |
| 12/21/12 | 001001 | PATRICK C. HARGADON PO BOX 1675 DRIPPING SPRINGS, TX 87620 | Attorney for Debtor Fees PER ORDER OF 12/20/12 PER ORDER OF 12/20/12 | 3701-000 | | 19,470.00 | 248,331.70 |
| 12/21/12 | 001002 | PATRICK C. HARGADON PO BOX 1675 DRIPPING SPRINGS, TX 87620 | Attorney for Debtor Expenses PER ORDER OF 12/20/12 PER ORDER OF 12/20/12 | 3701-000 | | 447.00 | 247,884.70 |
| 12/21/12 | 001003 | URBAN, THIELEMANN, OLTMANN & HERMS, LLP ATTN: DOUGLAS R. THIELEMANN PO BOX 510 GIDDINGS, TX 78942 | Accountant fees (other firm) PER ORDER OF 12/14/12 PER ORDER OF 12/14/12 | 3410-000 | | 11,445.78 | 236,438.92 |
| 12/21/12 | 001004 | URBAN, THIELEMANN, OLTMANN & HERMS, LLP ATTN: DOUGLAS R. THIELEMANN PO BOX 510 GIDDINGS, TX 78942 | Accountant Expenses  (other firm) PER ORDER OF 12/14/12 PER ORDER OF 12/14/12 | 3420-000 | | 94.22 | 236,344.70 |
| 12/21/12 | 001005 | WALTER C. GUEBERT, P.C., 5900 BALCONES DR., STE 190, AUSTIN, TX 78731 | Accountant fees (other firm) PER ORDER OF 11/26/12 PER ORDER OF 11/26/12 | 3410-000 | | 6,095.00 | 230,249.70 |
| 12/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 274.20 | 229,975.50 |
| 01/08/13 | 7 | PURINA ANIMAL NUTRITION LLC | ACCOUNTS RECEIVABLE | 1121-000 | 453.26 | | 230,428.76 |
| 01/08/13 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 352.08 | | 230,780.84 |
| 01/08/13 | 7 | DOW AGROSERVICES MARKETING PROGRAMS 9330 ZIONSVILLE ROAD INDIANAPOLIS, IN 46268 | ACCOUNTS RECEIVABLE | 1121-000 | 1,962.04 | | 232,742.88 |
| 01/08/13 | 7 | LAND O'LAKES PURINA FEED LLC PO BOX 64281 MS 5550 ST. PAUL, MN 55164 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 232,772.88 |
| 01/08/13 | 5 | CAPITAL FARM CREDIT, ACA 507 E. 26TH ST BRYAN, TX 77803 | RETIREMENT ACCOUNTS | 1129-000 | 26,054.77 | | 258,827.65 |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 333.55 | 258,494.10 |
| 01/30/13 | 16 | TEXAS MUTUAL | REFUND OF PREMIUM | 1290-000 | 5,909.95 | | 264,404.05 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-10312 -TMD | Trustee Name: | C. DANIEL ROBERTS |
|---|---|---|---|
| Case Name: | LEE COUNTY FARMERS | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******6797 Checking - Non Interest |

Taxpayer ID No: *******2192

For Period Ending: 03/14/18

Blanket Bond (per case limit): $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PREMIUM MANAGEMENT ACCOUNT 6210 E. HIGHWAY 290 AUSTIN, TX 78723 | | | | | |
| 02/05/13 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 269.16 | | 264,673.21 |
| 02/05/13 | 5 | CHS PO BOX 64089 ST. PAUL, MN 55164 | PATRONAGE REFUND | 1129-000 | 90,985.79 | | 355,659.00 |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 320.40 | 355,338.60 |
| 03/14/13 | 17 | BASTROP ABSTRACT CO., INC. BRANCH ESCROW ACCOUNT PO BOX 490 BASTROP, TX 78602 | PAYOFF OF JUDGMENT LIEN | 1290-000 | 2,571.66 | | 357,910.26 |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 455.52 | 357,454.74 |
| 04/02/13 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 386.33 | | 357,841.07 |
| 04/05/13 | 001006 | GEORGE ADAMS & CO. INS AGENCY 4501 CARTWRIGHT, STE 402 MISSOURI CITY, TX 77459 | BOND PAYMENTS | 2300-000 | | 446.26 | 357,394.81 |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 530.08 | 356,864.73 |
| 05/07/13 | 5 | TRIANGLE COOPERATIVE SERVICE COMPANY PO BOX 1189 ENID, OK 73702 | PATRONAGE REFUND | 1129-000 | 113.99 | | 356,978.72 |
| 05/21/13 | 18 | BLUEBONNET PO BOX 729 BASTROP, TX 78602 | CAPITAL CREDIT REFUND | 1290-000 | 212.97 | | 357,191.69 |
| 05/28/13 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 367.98 | | 357,559.67 |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 514.04 | 357,045.63 |
| 06/10/13 | 5 | LAND O'LAKES, INC ARDEN HILLS, MN 55126 | PATRONAGE REFUND | 1129-000 | 898.41 | | 357,944.04 |
| 06/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 530.59 | 357,413.45 |
| 07/02/13 | 5 | LAND O'LAKES, INC ARDEN HILLS, MN 55126 | PATRONAGE REFUND | 1129-000 | 5,729.07 | | 363,142.52 |
| 07/02/13 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 286.00 | | 363,428.52 |
| 07/23/13 | 7 | BONNIE PLANTS, INC DECATUR, ALABAMA | ACCOUNTS RECEIVABLE | 1121-000 | 702.95 | | 364,131.47 |
| 07/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 514.27 | 363,617.20 |
| 07/26/13 | 19 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AUSTIN, TX | TAX REFUND | 1224-000 | 136.84 | | 363,754.04 |
| 08/13/13 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 311.22 | | 364,065.26 |

PFORM24 **UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

Ver: 20.00e

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-10312 -TMD | Trustee Name: | C. DANIEL ROBERTS |
| Case Name: | LEE COUNTY FARMERS | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******6797  Checking - Non Interest |
| Taxpayer ID No: | *******2192 | | |
| For Period Ending: | 03/14/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | | | | | |
| 08/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 539.70 | 363,525.56 |
| 09/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 540.76 | 362,984.80 |
| 10/01/13 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 394.99 | | 363,379.79 |
| 10/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 522.72 | 362,857.07 |
| * 10/28/13 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-003 | 394.99 | | 363,252.06 |
| * 10/28/13 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME INCORRECT AMOUNT | 1223-003 | -394.99 | | 362,857.07 |
| 10/28/13 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 329.78 | | 363,186.85 |
| 11/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 539.94 | 362,646.91 |
| 12/20/13 | 5 | CAPITAL FARM CREDIT, ACA 3000 BRIARCREST DRIVE, STE 601 BRYAN, TX 77802 | RETIRED FUNDS | 1129-000 | 20,192.73 | | 382,839.64 |
| 12/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 522.24 | 382,317.40 |
| 01/06/14 | 21 | LADRESSA CRAWFORD CASHIER'S CHECK CARMINE STATE BANK PO BOX 341 CARMINE, TX 78932 | ABSTRACT OF JUDGMENT | 1249-000 | 6,624.53 | | 388,941.93 |
| 01/27/14 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 278.68 | | 389,220.61 |
| 01/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 538.85 | 388,681.76 |
| 02/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 564.49 | 388,117.27 |
| 03/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 521.68 | 387,595.59 |
| 04/08/14 | 001007 | GEORGE ADAMS & CO. INS AGENCY 4501 CARTWRIGHT, STE 402 MISSOURI CITY, TX 77459 | Bond Payments | 2300-000 | | 432.02 | 387,163.57 |
| 04/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 576.68 | 386,586.89 |
| 05/21/14 | 001008 | H & H SELF STORAGE PO BOX 2341 BASTROP, TX 78602 | Storage Cost | 2410-000 | | 1,105.00 | 385,481.89 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 556.98 | 384,924.91 |
| 06/02/14 | 5 | TRIANGLE COOPERATIVE SERVICE CO. PO BOX 1189 ENID, OK 73702-1189 | PATRONAGE REFUND - 2013 | 1129-000 | 34.69 | | 384,959.60 |
| 06/24/14 | 5 | LAND O'LAKES, INC. ARDEN HILLS, MN 55126 | AG SERVICE EQUITY | 1129-000 | 7,447.49 | | 392,407.09 |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 574.18 | 391,832.91 |

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-10312 -TMD |
| Case Name: | LEE COUNTY FARMERS |

| | |
|---|---|
| Trustee Name: | C. DANIEL ROBERTS |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******6797  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******2192 |
| For Period Ending: | 03/14/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/21/14 | 18 | BLUEBONNET<br>PO BOX 729<br>BASTROP, TX 78602 | CAPITAL CREDIT REFUND | 1290-000 | 166.86 | | 391,999.77 |
| 07/23/14 | 21 | LELAND R. ENOCHS, ATTORNEY TRUST ACCOUNT<br>PO BOX  751<br>TAYLOR, TX 76574 | PROCEEDS FROM ABSTRACT OF JUDGMENT | 1249-000 | 4,689.98 | | 396,689.75 |
| * 07/23/14 | 001009 | LELAND R. ENOCHS, ATTORNEY TRUST ACCOUNT<br>PO BOX 751<br>TAYLOR, TX 76574 | PAYOFF OF JUDGMENT LIEN/BALUSEK | 1249-003 | | 4,689.98 | 391,999.77 |
| * 07/23/14 | 001009 | LELAND R. ENOCHS, ATTORNEY TRUST ACCOUNT<br>PO BOX 751<br>TAYLOR, TX 76574 | PAYOFF OF JUDGMENT LIEN/BALUSEK INCORRECT - SHOULD BE A DEPOSIT | 1249-003 | | -4,689.98 | 396,689.75 |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 555.68 | 396,134.07 |
| 08/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 584.07 | 395,550.00 |
| 09/25/14 | 23 | LEE COUNTY ATTORNEY<br>200 S. MAIN, STE. 305<br>GIDDINGS, TX 78942 | RESTITUTION FOR HOT CHECKS | 1290-000 | 79.03 | | 395,629.03 |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 588.58 | 395,040.45 |
| 10/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 568.79 | 394,471.66 |
| 11/06/14 | 14 | ENERVEST OPERATING LLC<br>1001 FANNIN ST., STE 800<br>HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 2,758.81 | | 397,230.47 |
| 11/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 587.01 | 396,643.46 |
| 12/03/14 | 14 | ENERVEST OPERATING LLC<br>1001 FANNIN ST., STE 800<br>HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 287.44 | | 396,930.90 |
| 12/26/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 570.40 | 396,360.50 |
| 01/08/15 | 14 | ENERVEST OPERATING LLC<br>1001 FANNIN ST., STE 800<br>HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 267.03 | | 396,627.53 |
| 01/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 589.75 | 396,037.78 |
| 02/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 589.24 | 395,448.54 |
| 03/02/15 | 14 | ENERVEST OPERATING LLC<br>1001 FANNIN ST., STE 800<br>HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 253.93 | | 395,702.47 |
| 03/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 531.55 | 395,170.92 |
| 04/27/15 | 14 | ENERVEST OPERATING LLC<br>1001 FANNIN ST., STE 800<br>HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 189.50 | | 395,360.42 |
| 04/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 587.93 | 394,772.49 |
| 05/04/15 | 001010 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND AMOUNT<br># 016017995 | 2300-000 | | 238.41 | 394,534.08 |
| 05/21/15 | 18 | BLUEBONNET | CAPITAL CREDIT REFUND | 1229-000 | 193.85 | | 394,727.93 |

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-10312 -TMD |
| Case Name: | LEE COUNTY FARMERS |

| | |
|---|---|
| Trustee Name: | C. DANIEL ROBERTS |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******6797 Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******2192 |
| For Period Ending: | 03/14/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 729 | | | | | |
| | | BASTROP, TX 78602 | | | | | |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 568.31 | 394,159.62 |
| 05/27/15 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 155.49 | | 394,315.11 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 06/30/15 | 5 | LAND O'LAKES, INC | PATRONAGE REFUND | 1129-000 | 3,299.43 | | 397,614.54 |
| | | ARDEN HILLS, MN 55126 | | | | | |
| 07/28/15 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 218.84 | | 397,833.38 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 09/04/15 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 173.44 | | 398,006.82 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 10/27/15 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 159.27 | | 398,166.09 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 12/03/15 | 5 | CAPITAL FARM CREDIT, ACA | RETIRED FUNDS | 1129-000 | 16,194.70 | | 414,360.79 |
| | | 3000 BRIARCREST DRIVE, STE 601 | | | | | |
| | | BRYAN, TX 77802 | | | | | |
| 01/04/16 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 175.84 | | 414,536.63 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 03/02/16 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 143.97 | | 414,680.60 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 03/09/16 | 001011 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 181.72 | 414,498.88 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 05/05/16 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 116.98 | | 414,615.86 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 05/24/16 | 18 | BLUEBONNET | CAPITAL CREDIT REFUND | 1229-000 | 120.65 | | 414,736.51 |
| | | PO BOX 729 | | | | | |
| | | BASTROP, TX 78602 | | | | | |
| 06/28/16 | 5 | LAND O'LAKES, INC. | PATRONAGE REFUND | 1229-000 | 3,643.75 | | 418,380.26 |
| | | ST. PAUL, MN 55164 | PATRON:2029114 | | | | |
| 07/14/16 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 154.74 | | 418,535.00 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 09/13/16 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 170.37 | | 418,705.37 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 10/31/16 | 14 | ENERVEST OPERATING LLC | OIL & GAS INCOME | 1223-000 | 181.66 | | 418,887.03 |
| | | 1001 FANNIN ST., STE 800 | | | | | |
| | | HOUSTON, TX 77002 | | | | | |
| 12/08/16 | 5 | CAPITAL FARM CREDIT, ACA | RETIREMENT ACCOUNTS | 1129-000 | 11,127.81 | | 430,014.84 |

Ver: 20.00e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-10312 -TMD | Trustee Name: | C. DANIEL ROBERTS |
| Case Name: | LEE COUNTY FARMERS | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******6797  Checking - Non Interest |

| Taxpayer ID No: | *******2192 |
| For Period Ending: | 03/14/18 |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 507 E. 26TH ST BRYAN, TX 77803 | | | | | |
| 01/05/17 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 211.71 | | 430,226.55 |
| 03/06/17 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 216.58 | | 430,443.13 |
| 03/06/17 | 14 | BARBARA G. SHELTON 690 SIERRA VISTA WAY GUNNISON, CO.81230-9746 | | 1123-000 | 7,600.00 | | 438,043.13 |
| 03/06/17 | 001012 | INTERNATIONAL SURETIES, LTD. SUITE 420 701  POYDRAS ST. NEW ORLEANS, LA 70139 | Bond Payments | 2300-000 | | 77.40 | 437,965.73 |
| 04/03/17 | 14 | ENERVEST OPERATING LLC 1001 FANNIN ST., STE 800 HOUSTON, TX 77002 | OIL & GAS INCOME | 1223-000 | 171.82 | | 438,137.55 |
| 04/28/17 | 001013 | LEE COUNTY TAX COLLECTOR/ASSESSOR 898 EAST RICHMOND, SUITE 103 GIDDINGS, TX 78942 LEE COUNTY FARMERS CO-OP ACCOUNT NUMBER #5 35153 | PROPERTY TAXES | 4700-000 | | 1,871.24 | 436,266.31 |
| 05/24/17 | 18 | BLUEBONNET PO BOX 729 BASTROP, TX 78602 | CAPITAL CREDIT REFUND | 1229-000 | 163.56 | | 436,429.87 |
| 06/16/17 | 5 | LAND O'LAKES, INC. ST. PAUL, MN 55164 | PATRONAGE REFUND PATRON:2029114 | 1129-000 | 4,445.86 | | 440,875.73 |
| 07/03/17 | 001014 | C Daniel Roberts & Associates, PC 1602 E Cesar Chavez Austin, Texas 78702 | ATTY FOR TRUSTEE FEES (TRUS. FIRM) | 3110-000 | | 19,095.00 | 421,780.73 |
| 07/03/17 | 001015 | C Daniel Roberts & Associates, PC 1602 E Cesar Chavez Austin, Texas 78702 | ATTY FOR TRUSTEE EXP (TRUS. FIRM) | 3120-000 | | 3,178.35 | 418,602.38 |
| 07/03/17 | 001016 | JOHN MOSLEY, CPA 3834 SPICEWOOD SPRINGS ROAD, STE 202 AUSTIN TX 78759 | Accountant Expenses (other firm) | 3410-000 | | 1,875.00 | 416,727.38 |
| 07/03/17 | 001017 | JOHN MOSLEY, CPA 3834 SPICEWOOD SPRINGS ROAD, STE 202 AUSTIN, TX 78759 | Accountant Expenses (other firm) | 3420-000 | | 41.40 | 416,685.98 |
| 09/01/17 | 001018 | C . DANIEL ROBERTS, TRUSTEE 1602 EAST CESAR CHAVEZ AUSTIN TX 78702 | Chapter 7 Compensation/Fees | 2100-000 | | 28,178.60 | 388,507.38 |
| 09/01/17 | 001019 | C . DANIEL ROBERTS, TRUSTEE 1602 EAST CESAR CHAVEZ AUSTIN TX 78702 | Chapter 7 Expenses | 2200-000 | | 4,174.92 | 384,332.46 |

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-10312 -TMD |
| Case Name: | LEE COUNTY FARMERS |

| | |
|---|---|
| Trustee Name: | C. DANIEL ROBERTS |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******6797  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******2192 |
| For Period Ending: | 03/14/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/01/17 | 001020 | UNITED STATES TRUSTEE<br>903 SAN JACINTO, SUITE 230<br>AUSTIN, TEXAS 78701 | Claim 000030, Payment 100.00%<br>CHAPTER 11 ADMINISTRATIVE CLAIM | 2950-000 | | 1,950.00 | 382,382.46 |
| 09/01/17 | 001021 | BCD ASSOCIATESS, LTD<br>C/O CHRIS  SMITH<br>71 MISSION DRIVE<br>NEW BRAUNFELS, TX 78030 | Other Professional Fees (Prior Chap<br>PER ORDER OF 12/20/12 | 6700-000 | | 7,425.00 | 374,957.46 |
| 09/01/17 | 001022 | BCD ASSOCIATES, LTD<br>C/O CHRIS  SMITH<br>71 MISSION DRIVE<br>NEW BRAUNFELS, TX 78030 | Other Professional Expenses (Prior<br>PER ORDER OF 12/20/12 | 6710-000 | | 1,265.52 | 373,691.94 |
| 09/01/17 | 001023 | GOLD CREST DISTRIBUTING<br>PO BOX 157<br>MEXICO, MO 65265 | Claim 000003, Payment 51.87%<br>GENERA.L UNSECURED CLAIM<br>4652 | 7100-000 | | 222.47 | 373,469.47 |
| 09/01/17 | 001024 | LEXTRON MICRO TECH<br>822 7TH ST SUITE 600<br>GREELEY, CO 80632 | Claim 000014, Payment 51.87%<br>(14-1) ACCOUNT NUMBER (LAST 4<br>2248 | 7100-000 | | 1,066.65 | 372,402.82 |
| 09/01/17 | 001025 | WILLIAM J. HECTOR<br>486 CR 142<br>ALVIN, TX 77511 | Claim 000021, Payment 51.87%<br>0015  WITHDRAWN PER ORDER OF<br>4/15/16 | 7100-000 | | 743.77 | 371,659.05 |
| 09/01/17 | 001026 | UNITED BENEFITS GROUP<br>MARK MOEDRITZER<br>SHOOK, HARDY, & BACON LLP<br>2555 GRAND BLVD.<br>KANSAS CITY, MO 64108 | Claim 000024, Payment 51.87%<br>GENERA.L UNSECURED CLAIM | 7100-000 | | 2,087.63 | 369,571.42 |
| 09/01/17 | 001027 | THE CO-OP RETIREMENT PLAN<br>TRUST<br>MARK MOEDRITZER<br>SHOOK, HARDY & BACON LLP<br>2555 GRAND BLVD<br>KANSAS CITY, MO 64108 | Claim 000029, Payment 51.87%<br>GENERA.L UNSECURED CLAIM | 7100-000 | | 369,571.42 | 0.00 |

Ver: 20.00e

Page: 8

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-10312 -TMD | | Trustee Name: | C. DANIEL ROBERTS |
| Case Name: | LEE COUNTY FARMERS | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******8413  Checking - Non Interest |
| Taxpayer ID No: | *******2192 | | | |
| For Period Ending: | 03/14/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/17 | 18 | LEE COUNTY  FARMERS COOPERATIVE SOCIETY | PATRONAGE REFUND | 1290-000 | 11,127.80 | | 11,127.80 |
| * 12/01/17 | 7 | LEE COUNTY COOPERATIVE | | 1290-003 | 11,127.80 | | 22,255.60 |
| * 12/01/17 | 7 | LEE COUNTY COOPERATIVE | VOID | 1290-003 | -11,127.80 | | 11,127.80 |
| 01/11/18 | 001001 | C . DANIEL ROBERTS, TRUSTEE 1602 EAST CESAR CHAVEZ AUSTIN TX 78702 | Chapter 7 Compensation/Fees | 2100-000 | | 556.39 | 10,571.41 |
| 01/11/18 | 001002 | C . DANIEL ROBERTS, TRUSTEE 1602 EAST CESAR CHAVEZ AUSTIN TX 78702 | Chapter 7 Expenses | 2200-000 | | 1,829.30 | 8,742.11 |
| 01/11/18 | 001003 | GOLD CREST DISTRIBUTING PO BOX 157 MEXICO, MO 65265 | Claim 000003, Payment 1.21% GENERA.L UNSECURED CLAIM 4652 | 7100-000 | | 5.20 | 8,736.91 |
| 01/11/18 | 001004 | LEXTRON MICRO TECH 822 7TH ST SUITE 600 GREELEY, CO 80632 | Claim 000014, Payment 1.21% (14-1) ACCOUNT NUMBER (LAST 4 2248 | 7100-000 | | 24.96 | 8,711.95 |
| 01/11/18 | 001005 | WILLIAM J. HECTOR 486 CR 142 ALVIN, TX 77511 | Claim 000021, Payment 1.21% 0015  WITHDRAWN PER ORDER OF 4/15/16 | 7100-000 | | 17.39 | 8,694.56 |
| 01/11/18 | 001006 | UNITED BENEFITS GROUP MARK MOEDRITZER SHOOK, HARDY, & BACON LLP 2555 GRAND BLVD. KANSAS CITY, MO 64108 | Claim 000024, Payment 1.21% GENERA.L UNSECURED CLAIM | 7100-000 | | 48.83 | 8,645.73 |
| 01/11/18 | 001007 | THE CO-OP RETIREMENT PLAN TRUST MARK MOEDRITZER SHOOK, HARDY & BACON LLP 2555 GRAND BLVD KANSAS CITY, MO 64108 | Claim 000029, Payment 1.21% GENERA.L UNSECURED CLAIM | 7100-000 | | 8,645.73 | 0.00 |

**Total Of All Accounts**  **0.00**